## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 09-CV-3313–SRN-SER

| | |
|---|---|
| Pradip Gupta,<br><br>        Plaintiff,<br><br>v.<br><br>Arrow Financial Services, L.L.C.,<br>Gurstel, Staloch & Chargo, P.A.,<br>and Jane Doe,<br><br>        Defendants. | **PLAINTIFF'S MOTION FOR<br>ATTORNEY'S FEES AND COSTS** |

Plaintiff hereby respectfully moves this Court to GRANT his Motion for Attorney's Fees and Costs pursuant to Rule 54.3 of the Local Rules of the United States District Court for the District of Minnesota, Plaintiff's acceptance of the terms within Defendants' Rule 68 Offer of Judgment, and 15 U.S.C. § 1692k(a).

Plaintiff seeks an award of attorney's fees in the total amount of $50,830.00, and costs of $513.15 as detailed and itemized in the memorandum and exhibits filed herewith.

Dated: March 25, 2011

Respectfully submitted,

**BARRY & SLADE, LLC**

By:  **s/Peter F. Barry**
Peter F. Barry, Esq.
Attorney I.D.#0266577
2021 East Hennepin Avenue, Suite 195
Minneapolis, Minnesota 55413-1773
Telephone:  (612) 379-8800
Facsimile: (612) 379-8810
pbarry@lawpoint.com

pfb/ra

**Attorney for Plaintiff**