**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 09-CV-3313-SRN-SER**

| | |
|---|---|
| Pradip Gupta,<br><br>    Plaintiff,<br>v.<br><br>Arrow Financial Services, L.L.C.,<br>Gurstel, Staloch & Chargo, P.A.,<br>and Jane Doe,<br><br>    Defendants. | **L.R. 7.1(C) WORD COUNT<br>COMPLIANCE CERTIFICATE** |

**L.R. 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE**

I, Peter F. Barry, certify that PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS complies with Local Rule 7.1(c). I further certify that in preparation of this memorandum I used Microsoft Word 2011 for Mac, Version 14.0.2 (101115), Latest Installed Update 14.0.2, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above referenced memorandum contains **6,188** words.

                Respectfully submitted,

Dated: March 25, 2011        **BARRY & SLADE, LLC**

                By:  **s/Peter F. Barry**
                Peter F. Barry, Esq.
                Attorney I.D.#0266577
                2021 East Hennepin Avenue, Suite 195
                Minneapolis, Minnesota 55413-1773
                Telephone:  (612) 379-8800
                Facsimile: (612) 379-8810
                pbarry@lawpoint.com

pfb/ra                **Attorney for Plaintiff**